<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD: September 27, 2002      NO.  02-2706

CASE CAPTION:  MATTEO V. BENNEGAN'S, ET AL.

1. TRIAL COUNSEL          FOR PLAINTIFF:  G. BALDINO

                          FOR DEFENDANT:  G. DIETRICH
                                          D. FLEMING

2. STATUS OF CASE:   PLAINTIFF DEMANDS $75,000.  DEFENDANT
   WILL SET TELEPHONE CONFERENCE - OCTOBER 4, 2002, 9:30 A.M.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
   OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
       AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
       TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT
ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                              SO ORDERED:


                              _____
                                   CHARLES R. WEINER