IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTEO                              :

            VS.                     :    C.A. NO. 02-2706

BENNIGAN'S, et al.                  :

BEFORE WEINER, J.

        AND NOW, this 29th day of October, 2002, the above-
entitled matter is **DISMISSED WITHOUT PREJUDICE** pending execution
of final settlement releases.  The case is to remain in status
quo and the Statute of Limitations is tolled.

        This matter remains **ACTIVE**.  It is further understood
that all discovery and settlement discussions will continue and
if intervention by the Court is needed or desired, the parties
may ask for assistance by either filing the appropriate motions,
writing to the Court or by setting a telephone conference.  The
parties shall keep the Court advised of the status of this case
and may request a firm trial date or settlement conference by
writing directly to the Court or by telephone conference.

ATTEST:                         OR    BY THE COURT:


BY_____           _____
        COURT ROOM DEPUTY             Charles R. Weiner, SJ
        Sheila M. Jeffers